### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GAYLA JACKSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-10-1314-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

Plaintiff Gayla Jackson brings this action seeking judicial review pursuant to 42 U.S.C. § 405(g) of the final decision of Defendant Commissioner denying her application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i) and 423.

Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter on September 28, 2011 (doc. no. 20), recommending that the Commissioner's decision be affirmed. In his Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation by October 18, 2011. He also advised that failure to make timely objection to the Report waives the right to appellate review of the recommended ruling. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Purcell as stated in his Report and Recommendation. The Commissioner's decision denying benefits is hereby **AFFIRMED**.

Dated this 20th day of October, 2011.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1314p002.wpd